Michael R. Totaro    102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
(310) 573-0276 (v)
(310) 496-1260 (f)

**Attorneys for Debtor/Debtor in Possession**



FILED & ENTERED

AUG 30 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

Rosario Perry,

　　Debtor/Debtor in Possession.

Case No. 8:11-bk-20817-ES

Chapter 11

ORDER CONFIRMING INDIVIDUAL DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

Date:　August 7, 2012
Time:　10:30 a.m.
Ctrm:　5A

　　A hearing on the confirmation of the Individual Debtor's Chapter 11 Plan of Reorganization (the "Plan") under the Bankruptcy Code filed by the Debtor and Debtor in Possession ("Debtor") on February 6, 2012, was held at 10:30 a.m. on August 7, 2012 in Courtroom 5A of the above entitled Court located at 411 W. Fourth St. Santa Ana, 92701. Appearances are noted on the record.

　　Wells Fargo Bank, NA, as trustee for Structured Asset Deed of Trust Investments II Trust 2007-AR4 and its loan servicer JPMorgan Chase Bank, NA ("Wells Fargo/Chase"), Secured Creditor in Class 5(a) filed an Objection to the Plan on May 14, 2012 and initially voted to reject the Plan. On July 30, 2012 Wells Fargo/Chase filed a Stipulation as Docket No. 68 providing for treatment of its secured claim (the "Stipulation"). The Stipulation provides it constitutes a ballot accepting the Plan by Class 5(a) and as a general unsecured

creditor in Class 6(b). On August 2, 2012 the Court entered an Order Approving the Stipulation as Docket No. 70. Therefore the Objection is moot. No other timely objections were filed.

The Court considered the Plan, the Ballot Summary and the Briefs in Support of Confirmation submitted by Debtor, and the Stipulation referenced herein and the relevant pleadings filed in this case. The Court concluded the Plan was properly transmitted to all creditors and other parties in interest.

The Court determined that the Plan as Modified by the Stipulation meets all requirements under 11 U.S.C. § 1129 for Plan confirmation in an individual Chapter 11 case. Debtor has filed as Docket No. 80 an Amended Chapter 11 Plan as Modified by Stipulation to include the treatment provided by the Stipulation ("Modified Plan"). Therefore:

**IT IS ORDERED** that the Modified Plan filed by Debtor on August 7, 2012 as Docket No. 80 is confirmed. Copies of the confirmed Plan are to be served with this Order.

**IT IS FURTHER ORDERED** that a Post-Confirmation status conference will be held on February 7, 2013 at 10:30 a.m. in Courtroom 5A of the above-entitled court located at 411 W. Fourth St., Santa Ana, CA 92701. Debtor's status report is to be filed by January 24, 2013.

####

DATED: August 30, 2012

United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled (*specify*): "Order Confirming Individual Debtor's Chapter 11 Plan of Reorganizations" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  August 7, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 21, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Erithe Smith, United States Bankruptcy Judge, 411 W. Fourth St., Ctrm 5A, Santa Ana, CA 92701

Rosario Perry, 316 W. Fourth St., #210, Santa Ana, CA 92701

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/21/2012 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): "Order Confirming Individual Debtor's Chapter 11 Plan of Reorganization" was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) August 21, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Greg P Campbell ecfcacb@piteduncan.com
- Joseph C Delmotte ecfcacb@piteduncan.com
- Michael J Hauser michael.hauser@usdoj.gov
- Nathan F Smith nathan@mclaw.org
- Michael R Totaro tsecfpacer@aol.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Gilbert R Yabes ecfcacb@piteduncan.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Rosario Perry, 316 W. Fourth St., #210, Santa Ana, CA 92701

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

1 **American Express Bank, FSB,** c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
**Big Phase Inc dba J & A Electric,** P.O. Box 1026, Santa Barbara, CA 93102
2 **ELLEN ENOCHS,** 104 PEARL ST., BELFAST, ME 04915
**GEORGE LOGAN,** C/O ROBERT F. EGENOLF, EGENOLF ASSOCIATES LLP, 130 EAST
3    CARRILLO, SANTA BARBARA, CA 93101
**INTERNAL REVENUE SERVICE,** PO BOX 7346, PHILADELPHIA, PA 19101-7346
4 **JP MORGAN CHASE BANK, NA,** CHASE RECORDS CENTER, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA 71203
5 **JPMorgan Chase Bank N.A.,** 201 N. Central Ave., AZ1-1191, Phoenix, AZ 85004
**JPMorgan Chase Bank, National Association,** OH-47133, P.O. Box 182349, Columbus, OH
6    43219
**PAULINE SCHOLL,** 161 MCKNIGHT DR., LAGUNA BEACH, CA 92651
7 **RABO BANK,** 550 CAMINO MERCADO, ARROYO GRANDE, CA 93420
**US BANK N.A.**, BANKRUPTCY DEPARTMENT, PO Box 5229, Cincinnati, OH 45201-5229
8 **VRENI MERRIAM,** 1305 OCEAN FRONT WALK #302, VENICE, CA 90291
**Wells Fargo Bank, N.A.,** Home Equity Group, X2303-01A - 1 Home Campus, Des Moines, IA
9    50328-0001
**Wells Fargo Bank, N.A.,** Pite Duncan, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933,
10    San Diego, CA 92177-0933
**WELLS FARGO BANK, NA,** BDD BANKRUPTCY DEPT., 3476 STATEVIEW BLVD.,
11    X7801-014, FT. MILL, SC 29715

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28